STATE v. MUSTAFA

No. 75P94

Case below: 113 N.C.App. 240

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 June 1994.

STATE v. NORRIS

No. 191P94

Case below: 114 N.C.App. 270

Petition by defendant for writ of supersedeas denied and temporary stay dissolved 16 June 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

STATE v. PALMER

No. 147P94

Case below: 113 N.C.App. 656

Petition by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 16 June 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

STATE v. PATTON

No. 202P94

Case below: 114 N.C.App. 270

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

STATE v. RICK

No. 226PA94

Case below: 114 N.C.App. 820

Motion by Attorney General for temporary stay allowed 23 May 1994 pending timely filing and determination of the State's petition for discretionary review.